UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:07-CR-281-1F

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| **Gary Lee Goodson** | ) | |

On this the 8th day of November, 2010, comes Billy W. Boggs, Jr., U.S. Probation Officer, in open court in Wilmington, North Carolina, who shows the court that Gary Lee Goodson appeared before the Honorable James C. Fox, Senior U.S. District Judge, with counsel on May 14, 2008, and upon a plea of guilty to Felon in Possession of Firearms and Ammunition was sentenced to the custody of the Bureau of Prisons for a term of 12 months and 1 day. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Gary Lee Goodson was released from custody and the term of supervised release commenced on Friday, May 22, 2009.

From evidence presented, the court finds as a fact that Gary Lee Goodson, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to notify the probation officer ten days prior to any change in residence.
2. Failure to answer truthfully inquiries by the probation officer.
3. Failure to submit truthful and complete written reports within the first five days of each month.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 12 months.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS RECOMMENDED** that the defendant be incarcerated at the Federal Medical Center in Butner, North Carolina.

Gary Lee Goodson
Docket No. 5:07-CR-281-1F
Judgment
Page 2

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 8th day of November, 2010.

                                               _____
                                               James C. Fox
                                               Senior U.S. District Judge